# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

Robert P. Young, Jr.,
Chief Justice

145002

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

U.S. MOTORS, PRAHA MOTORS, L.L.C.,
BRATISLAVA MOTORS, L.L.C., U.S.
MOTORS (SK), and JOSEPH LEVIN,
           Plaintiffs-Appellants,

v

SC: 145002
COA: 299901
Wayne CC: 10-001791-CZ

GENERAL MOTORS EUROPE,
           Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

t0927